Submitted on record and briefs July 1, reversed and remanded for reconsideration
August 4, 2004

NATHAN JOSHUA STEWARD,
*Petitioner,*

*v.*

PSYCHIATRIC SECURITY REVIEW BOARD,
*Respondent.*

02-1824; A122424

95 P3d 748

Harris S. Matarazzo filed the brief for petitioner.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine S. Waldo, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Beiswenger v. PSRB*, 192 Or App 38, 84 P3d 180 (2004).